**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE BLACK and ERIN WALSH<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF SOUTH ORANGE, et al.,<br><br>Defendants. | Civil Action No.: 11-709 (CCC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of Defendants City of Orange and City of Orange Police Department for summary judgment (ECF No. 43), and on the separate motion of Defendants Township of South Orange and Township of South Orange Police Departments for summary judgment (ECF No. 44) (the "Defendants"); and the Court deciding the matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure; and for the reasons expressed in the Opinion filed herewith; and for good cause shown,

**IT IS** on this 23 day of September 2014,

**ORDERED** that Defendants' motions for summary judgment (ECF Nos. 43 and 44) are **GRANTED** with respect to Plaintiffs' federal claims; and it is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiffs' claims arising under state law pursuant to 28 U.S.C. § 1367(c)(3), and Plaintiffs' state law claims are hereby **DISMISSED WITHOUT PREJUDICE** in order to allow Plaintiffs to re-file these claims in a court of competent jurisdiction; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

**CLAIRE C. CECCHI, U.S.D.J.**